# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| DAVONTA SWEATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-00498-DGK |
| | ) | |
| JACKSON COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER CONCERNING STATUS OF SETTLEMENT

On November 1, 2017, counsel for Defendant notified the Court that the parties had reached a settlement. Two months have passed and the parties have not filed a notice of settlement. Accordingly, on or before February 5, 2018, the parties shall file either their settlement documents or a joint report explaining the status of the case.

**IT IS SO ORDERED.**

Date:  January 4, 2018  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT